UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 2:21-CR-00027-04** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **KIRK PATRICK DAIGLE (04)** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 446] of the Magistrate Judge, recommending that Counts 1 and 3 of the original indictment, felony charges, be dismissed. After considering the record and noting the defendant's guilty plea, consent to proceed before a magistrate judge, and the government's verbal motion to waive the remaining counts, the Court finds that the recommendation is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and Counts 1 and 3 of the original indictment, felony charges, be dismissed.

**THUS DONE AND SIGNED** in Chambers on the 8th day of September, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**